IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MICHAEL L. CAIRNS, | 8:20CV162 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES KOZEL, | |
| Defendant. | |

For good cause shown,

IT IS ORDERED that Plaintiff's motion for copies (Filing 34) is granted. The Clerk of the Court is directed to send Plaintiff without charge one copy of the court's Order Setting Schedule for Progression of Case (Filing 30).

Dated this 4th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge