IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. CAIRNS,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES KOZEL,<br><br>    Defendant. | 8:20CV162<br><br>**MEMORANDUM<br>AND ORDER** |

  The court is in receipt of correspondence from Plaintiff, dated June 10, 2021, in which he requests certain advice about locating a potential witness and obtaining an affidavit from another individual (Filing 46). Treated as a motion, the request will be denied. The court cannot provide any legal advice to Plaintiff. *McGrone v. Boyd*, No. 8:18CV233, 2019 WL 2583841, at *5 (D. Neb. June 24, 2019); *see Mala v. Crown Bay Marina, Inc.*, 704 F.3d 239, 244 (3d Cir. 2013) ("[A] 'trial judge is under no duty to provide personal instruction on courtroom procedure or to perform any legal "chores" for [a pro se litigant] that counsel would normally carry out.' … Judges must be impartial, and they put their impartiality at risk—or at least might *appear* to become partial to one side—when they provide trial assistance to a party.") (quoting *Pliler v. Ford*, 542 U.S. 225, 231 (2004)).

  IT IS THEREFORE ORDERED that Plaintiff's motion for legal advice (Filing 46) is denied.

  Dated this 15th day of June, 2021.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge