IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. CAIRNS,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES KOZEL,<br><br>        Defendant. | **8:20CV162**<br><br>**ORDER** |

    IT IS ORDERED that Filing 74, Plaintiff's motion and request for production of documents, is denied in all respects.

    Dated this 2nd day of September 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge